IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.      Criminal Case No. 07-50053-001

JULIO CESAR SANTILLAN-JIMENEZ                                     DEFENDANT

O R D E R

Now on this 1st day of October, 2007, on oral motion of the government, granted in open court, the Indictment in this matter is corrected to reflect that defendant's proper name is Julio Cesar Santillan-Jimenez, and the Clerk is directed to make this correction to the docket sheet in this matter.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
**JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**